UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RUFUS TREVILLION, SR. AND LOLETTE TREVILLION** | : | **CIVIL ACTION NO. 2:18-cv-610** |
| **VERSUS** | : | **UNASSIGNED DISTRICT JUDGE** |
| **UNION PACIFIC RAILROAD** | : | **MAGISTRATE JUDGE KAY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation [doc. 14] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the partial motion to dismiss [doc. 12] be **GRANTED** and that defendant be awarded the attorney fees and costs associated with the filing of its motion. Defendant is directed to submit a bill of costs and an affidavit or other document supporting the amount of attorney fees associated with the instant motion to the court within thirty (30) days.

**IT IS FUTHER ORDERED** that all state law claims asserted against defendant be dismissed.

**THUS DONE AND SIGNED** in Chambers this 8th day of May, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE